UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
and THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK,

                        Petitioners,                        24 **CIVIL** 1853 (VEC)

    -against-                                      **JUDGMENT**

RICI CORP.,

                        Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Judgment dated June 06, 2024, the petition to confirm the arbitration award is GRANTED. Judgment is entered for the Petitioner in the amount of $483,697.11 and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
           June 7, 2024

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                              **BY:**

                                                                **Deputy Clerk**